# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-CV-10077-KMM

Plaintiff:
**SPOTTSWOOD COMPANIES, INC., A Florida Corporation**

vs.

Defendant:
**ZURICH AMERICAN INSURANCE COMPANY, A New York Corporation**

NAY2020000714

For:
John Elliott Leighton, Esq.
LEIGHTON LAW, P.A.
1401 Brickell Avenue, Suite 900
Miami, FL 33131

Received by Miami PSPI, LLC on the 13th day of July, 2020 at 8:52 am to be served on **Zurich American Insurance Company c/o Chief Financial Officer, Registered Agent, 200 E. Gaines Street, Tallahassee, FL 32399**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **14th day of July, 2020** at **8:15 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY RELIEF; CHECK# 27833 DATED 7/13/20 IN THE AMOUNT OF $15 FOR THE CHIEF FINANCIAL OFFICER** with the date and hour of service endorsed thereon by me, to: **COLBY NUTTING** as **OPS CLERK** for the Registered Agent of Zurich American Insurance Company c/o Chief Financial Officer, Registered Agent at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 200, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**Miami PSPI, LLC**
**1800 Coral Way**
**Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2020000714
Ref: 2020000714

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Date: 7/14/20 Time: 8:15A
MCN #111
is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

| | | |
|---|---|---|
| SPOTTSWOOD COMPANIES, INC.,<br>A Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>ZURICH AMERICAN INSURANCE COMPANY,<br>A New York Corporation<br><br>*Defendant(s)* | ) | Civil Action No. 20cv10077 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Zurich American Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines Street
Tallahassee, FL 32399-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Elliott Leighton, Esq.
Leighton Law, P.A.
1401 Brickell Avenue
Suite 900
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Jul 9, 2020

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court