UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SPOTTSWOOD COMPANIES, INC.

PLAINTIFF(S)

CASE NUMBER
4:20−cv−10077−KMM

v.

ZURICH AMERICAN INSURANCE COMPANY, A NEW YORK CORPORATION,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Zurich American Insurance Company**

as of course, on the date August 7, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc:  Chief Judge K. Michael Moore
     Spottswood Companies, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)